B1 (Official Form 1) (04/13)

## UNITED STATES BANKRUPTCY COURT
### Northern District of Illinois

**VOLUNTARY PETITION**

| Name of Debtor (if individual, enter Last, First, Middle):<br>Vasquez, John K. | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years (include married, maiden, and trade names):<br>John Kevin Vasquez | All Other Names used by the Joint Debtor in the last 8 years (include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN (if more than one, state all):<br>9633 | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN (if more than one, state all): |
| Street Address of Debtor (No. and Street, City, and State):<br>6438 N Mozart St 1<br>Chicago, IL<br>ZIP CODE 60645 | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP CODE |
| County of Residence or of the Principal Place of Business:<br>Cook | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>6263 N McCormick Blvd 226<br>Chicago, IL<br>ZIP CODE 60659 | Mailing Address of Joint Debtor (if different from street address):<br>ZIP CODE |
| Location of Principal Assets of Business Debtor (if different from street address above):<br>ZIP CODE | |

### Type of Debtor
(Form of Organization)
(Check one box.)

- [x] Individual (includes Joint Debtors)
  *See Exhibit D on page 2 of this form.*
- [ ] Corporation (includes LLC and LLP)
- [ ] Partnership
- [ ] Other (If debtor is not one of the above entities, check this box and state type of entity below.)

### Nature of Business
(Check one box.)

- [ ] Health Care Business
- [ ] Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)
- [ ] Railroad
- [ ] Stockbroker
- [ ] Commodity Broker
- [ ] Clearing Bank
- [ ] Other

### Chapter of Bankruptcy Code Under Which the Petition is Filed (Check one box.)

- [x] Chapter 7
- [ ] Chapter 9
- [ ] Chapter 11
- [ ] Chapter 12
- [ ] Chapter 13
- [ ] Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- [ ] Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

### Chapter 15 Debtors
Country of debtor's center of main interests:

Each country in which a foreign proceeding by, regarding, or against debtor is pending:

### Tax-Exempt Entity
(Check box, if applicable.)

- [ ] Debtor is a tax-exempt organization under title 26 of the United States Code (the Internal Revenue Code).

### Nature of Debts
(Check one box.)

- [x] Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- [ ] Debts are primarily business debts.

### Filing Fee (Check one box.)

- [ ] Full Filing Fee attached.
- [x] Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- [ ] Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

### Chapter 11 Debtors
**Check one box:**
- [ ] Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- [ ] Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

**Check if:**
- [ ] Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 (*amount subject to adjustment on 4/01/16 and every three years thereafter*).

**Check all applicable boxes:**
- [ ] A plan is being filed with this petition.
- [ ] Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

### Statistical/Administrative Information

- [ ] Debtor estimates that funds will be available for distribution to unsecured creditors.
- [x] Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

**THIS SPACE IS FOR COURT USE ONLY**

FILED
UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
MAY 22 2013
___, S. GARDNER, CLERK
PS REP. - AJ

**Estimated Number of Creditors**

| [x] 1-49 | [ ] 50-99 | [ ] 100-199 | [ ] 200-999 | [ ] 1,000-5,000 | [ ] 5,001-10,000 | [ ] 10,001-25,000 | [ ] 25,001-50,000 | [ ] 50,001-100,000 | [ ] Over 100,000 |

**Estimated Assets**

| [x] $0 to $50,000 | [ ] $50,001 to $100,000 | [ ] $100,001 to $500,000 | [ ] $500,001 to $1 million | [ ] $1,000,001 to $10 million | [ ] $10,000,001 to $50 million | [ ] $50,000,001 to $100 million | [ ] $100,000,001 to $500 million | [ ] $500,000,001 to $1 billion | [ ] More than $1 billion |

**Estimated Liabilities**

| [ ] $0 to $50,000 | [ ] $50,001 to $100,000 | [x] $100,001 to $500,000 | [ ] $500,001 to $1 million | [ ] $1,000,001 to $10 million | [ ] $10,000,001 to $50 million | [ ] $50,000,001 to $100 million | [ ] $100,000,001 to $500 million | [ ] $500,000,001 to $1 billion | [ ] More than $1 billion |

| Voluntary Petition *(This page must be completed and filed in every case.)* | Name of Debtor(s): Vasquez, John K. | |
|---|---|---|
| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet.) | | |
| Location Where Filed: | Case Number: N/A | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |
| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet.) | | |
| Name of Debtor: N/A | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

### Exhibit A
(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)

☐ Exhibit A is attached and made a part of this petition.

### Exhibit B
(To be completed if debtor is an individual whose debts are primarily consumer debts.)

I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I have delivered to the debtor the notice required by 11 U.S.C. § 342(b).

X _____
Signature of Attorney for Debtor(s)    (Date)

### Exhibit C
Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

☑ No.

### Exhibit D
(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☑ Exhibit D, completed and signed by the debtor, is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D, also completed and signed by the joint debtor, is attached and made a part of this petition.

### Information Regarding the Debtor - Venue
(Check any applicable box.)

☑ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
(Check all applicable boxes.)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

| Voluntary Petition *(This page must be completed and filed in every case.)* | Name of Debtor(s): Vasquez, John K. |
|---|---|

### Signatures

| Signature(s) of Debtor(s) (Individual/Joint) | Signature of a Foreign Representative |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct. [If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b). I request relief in accordance with the chapter of title 11, United States Code, specified in this petition. X /s/ *(Signature of Debtor)* X Signature of Joint Debtor 773-425-5775 Telephone Number (if not represented by attorney) 22 MAY 13 Date | I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition. (Check only **one** box.) ☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached. ☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached. X _____ (Signature of Foreign Representative) _____ (Printed Name of Foreign Representative) _____ Date |
| **Signature of Attorney\*** | **Signature of Non-Attorney Bankruptcy Petition Preparer** |
| X _____ Signature of Attorney for Debtor(s) _____ Printed Name of Attorney for Debtor(s) _____ Firm Name _____ Address _____ Telephone Number _____ Date *In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect. | I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached. _____ Printed Name and title, if any, of Bankruptcy Petition Preparer _____ Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.) |
| **Signature of Debtor (Corporation/Partnership)** | _____ Address X _____ Signature _____ Date |
| I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor. The debtor requests the relief in accordance with the chapter of title 11, United States Code, specified in this petition. X _____ Signature of Authorized Individual _____ Printed Name of Authorized Individual _____ Title of Authorized Individual _____ Date | Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social-Security number is provided above. Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual. If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person. *A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.* |

B 1D (Official Form 1, Exhibit D) (12/09)

# UNITED STATES BANKRUPTCY COURT

Northern District of Illinois

In re John K Vasquez                                         Case No._____
           Debtor                                                                    (if known)


### EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

☑ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed.*

B 1D (Official Form 1, Exh. D) (12/09) – Cont.                                                    Page 2

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Summarize exigent circumstances here.]*

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

  ☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);
  ☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);
  ☐ Active military duty in a military combat zone.

☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor: *[signature]*
Date: 22 MAY 13

Allegro Vacation Club
Attn: Bankruptcy Department
P.O. Box 881069
San Diego, CA 92168-1069

Allegro Vacation Club
Attn: Bankruptcy Department
P.O. Box 51469
Los Angeles, CA 90051-5769

Alliance Federal Credit Union
Attn: Bankruptcy Department
P.O. Box 64970
Lubbock, TX 79464

American Airlines Credit Union
Attn: Bankruptcy Department
MD 2100
P.O. Box 619001
Dallas Ft. Worth Airport, TX 75260-9001

American Express
Attn: Bankruptcy Department
P.O.Box 981540
El Paso, TX 79998-1540

Ameriprise
Acct # AI01715068
Attn: Bankruptcy Department
3500 Packerland Drive
De Pere, WI 54115-9070

AMR Corporation
Payroll Garnishments
7645 E. 63rd Street MD 779
Tulsa, OK 74133

AMR Corporation
MD 790
Ground - Flight Payrolls
P.O. Box 582848
Tulsa, Oklahoma 74158-2848

ATG Credit, LLC
Attn: Bankruptcy Department
P.O. Box 14895
Chicago, IL 60614-4895

Baker & Miller
Attn: Bankruptcy Department
29 N Wacker Drive
Chicago IL, 60603

Bill Me Later
Attn: Bankruptcy Department
P.O. Box 105658
Atlanta, GA 30348

BML - Barr Management
Associated Currency Exchanges
Attn: Bankruptcy Department
6408 N. Western Ave
Chicago, IL 60645

CashNetUSA
Attn: Bankruptcy Department
200 West Jackson Suite 1400
Chicago, IL 60606-6941

Capital One Bank (USA), N.A.
Attn: Bankruptcy Department
P.O. Box 5155
Norcross, GA 30091

City of Chicago
Department of Revenue, Bureau of Parking
Attn: Bankruptcy Department
121 N LaSalle St Room 107A
Chicago, IL 60602

Chase
JPMorgan Chase Bank, N.A.
Attn: Bankruptcy Department
P.O. Box 659732
San Antonio, TX 78265-9732

Chicago Lakeshore Medical Associates
Attn: Bankruptcy Department
676 N St Clair Street
Chicago, IL 60611

Citi USA Sears
Attn: Bankruptcy Department
PO Box 20363
Kansas City, MO 64195

Comcast
Attn: Bankruptcy Department
One Comcast Center
Philadelphia, PA 19103

Comcast - Chicago
C/O Credit Management
Attn: Bankruptcy Department
P.O. Box 118288
Carrollton, TX 75011-8288

ComEd Company
Attn: Bankruptcy Department
3 Lincoln Center
Oak Brook, IL 60181

Discover Financial Services
Attn: Bankruptcy Department
PO Box 8003
Hilliard, OH 43026-8003

Frontpoint Security
Attn: Bankruptcy Department
1568 Spring Hill Road Suite 100
McLean, VA 22102

GC Services
Attn: Bankruptcy Department
P.O. Box 46960
Saint Louis, MO 63146

```
Green's Family Dentistry
Attn: Bankruptcy Department
6102 82nd Street Suite #1
Lubbock, TX 79424

Household Bank
Attn: Bankruptcy Department
P.O. Box 80017
Salinas, CA 93912-0017

HSN Card
Attn: Bankruptcy Department
C/O World Financial Capital Bank
6939 Americans Parkway
Reynoldsburg, OH 43068-4138

Insurance Answer Center LLC
D/B/A: Safeco Insurance
Attn: Bankruptcy Department
P.O. Box 515097
Los Angeles, CA 90051-5097

JPMorgan Chase Retirement Plan Services
Attn: Bankruptcy Department
P.O. Box 219300
Kansas City, MO 64121-9300

Keynote Consulting, Inc.
Attn: Bankruptcy Department
220 W Campus Drive #102
Arlington Heights, IL 60004-1498

Lane Bryant
Attn: Bankruptcy Department
C/O World Financial Capital Bank
6939 Americans Parkway
Reynoldsburg, OH 43068-4138

Lending Club
Attn: Bankruptcy Department
71 Stevenson, Suite 300
San Francisco, CA 94105, USA

Merit Sleep Management LLC-CLS
Attn: Bankruptcy Department
233 East Erie Street Suite 700
Chicago, IL 60611

Monterey Collections
Attn: Bankruptcy Department
4095 Avenida De La Plata
Oceanside, CA 92056

MRS Associates of New Jersey
1930 Olney Avenue
Cherry Hill, NJ 08003

Nationwide Credit, Inc.
Attn: Bankruptcy Department
P.O. Box 26314
Lehigh Valley, PA 18002-6314
```

North Shore Agency
Attn: Bankruptcy Department
4000 East Fifth Avenue
Columbus, OH 43219

Northwest Collectors Inc.
Attn: Bankruptcy Department
3601 Algonquin Road Suite 232
Rolling Meadows, IL 60008-3106

Northwestern Mutual
Attn: Bankruptcy Department
720 East Wisconsin Avenue
Milwaukee, WI 53202-4797

Orkin Pest Control Services
Attn: Bankruptcy Department
7855 Gross Point Road Suite G2
Skokie, IL 60077-2607

Peoples Gas Light & Coke Company
Attn: Bankruptcy Department
130 E Randolph Drive
Chicago, IL 60601

Portfolio Recovery Associates LLC
Attn: Bankruptcy Department
P.O. Box 12914
Norfolk, VA 23541

Santander Consumer USA
Attn: Bankruptcy Department
Acct # 0263652
P.O. Box 961245
Dallas, TX 75266-0633

Sprint
Attn: Bankruptcy Department
KSOPHT0101-Z4300
6391 Sprint Parkway
Overland Park KS 66251-4300

Stokes & Clinton Attorneys At Law
Attn: Bankruptcy Department
P.O. Box 991801
Mobile, AL 36691-8801

Target Red Card
Attn: Bankruptcy Department
P.O. Box 5332
Sioux Falls, SD 57117-5332

The Chaet Kaplan Baim Firm
Attn: Bankruptcy Department
30 North LaSalle Street, Suite 1520
Chicago, IL 60602

Trustmark Recovery Services
Attn: Bankruptcy Department
541 Otis Bowen Drive
Munster, IN 46321

```
University Chicago Medical Center
Attn: Bankruptcy Department
15965 Collections Center Drive
Chicago, IL 60693

Venegroff, Williams & Associates, Inc.
Attn: Bankruptcy Department
P.O. Box 4155
Sarasota, FL 34230-4155
```